IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AT&T CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-0101-CV-W-DW |
| | ) |
| AQUILA, INC. f/k/a/ UTILICORP INC., | ) |
| and EVEREST CONNECTIONS CORP., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal Without Prejudice (Doc. 17). The parties move the Court to dismiss this case without prejudice with parties to bear their own costs. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITHOUT PREJUDICE. See Fed. R. Civ. P. 41(a)(1)(ii). The clerk of the court shall mark this case as closed.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: September 22, 2005